JAYME C. LONG (SBN 202867)
jayme.long@dentons.com
SAMANTHA FAHR (SBN 299409)
samantha.fahr@dentons.com
EMMA MORALYAN (SBN 311511)
emma.moralyan@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Tel:  (213) 623-9300 / Fax:  (213) 623-9924

Attorneys for Defendant
**3M COMPANY**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET E. CARPENTER, individually and as successor-in-interest to John S. Carpenter, Deceased, BRIAN H. CARPENTER, MICHAEL S. CARPENTER, TERI D. CARPENTER and TANYA D. HARDIN,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-11797-MWF (MAAx)<br><br>*Removed from the Los Angeles County Superior Court, Case No. 20STCV42830; Consolidated with CV-20-11810-MWF*<br><br>**JOINT NOTICE OF DEFENDANT 3M COMPANY'S PARTIAL RESOLUTION OF THIS MATTER**<br><br>Magistrate Judge: Hon. Maria A. Audero<br>Judge:              Hon. Michael W. Fitzgerald<br><br>Complaint Filed: November 6, 2020<br>Date Removed:    December 31, 2020<br>Trial Date:      None Set |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant 3M Company has reached an agreement with Plaintiffs to settle this matter.  The documentation has not yet been completed.

Dated: February 11, 2021

Respectfully submitted,

KARST & van OISTE LLP

By: _____
George H. Kim

Attorney for Plaintiffs
**JANET CARPENTER, et al**.

Dated:  February 11, 2021

Respectfully submitted,
DENTONS US LLP
Jayme C. Long
Stephanie Peatman
Samantha Fahr
Emma Moralyan

By: _____
Samantha Fahr

Attorneys for Defendant
**3M COMPANY**

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 2 -   Case No. 2:20-cv-11797-MWF (MAAx)
JOINT NOTICE OF DEFENDANT 3M COMPANY'S PARTIAL RESOLUTION OF THIS MATTER
116626450\V-1

# CERTIFICATE OF SERVICE

*Janet E. Carpenter, et al. v. 3M Company, et al.*
USDC Case No. 2:20-cv-11797-MWF (MAAx)

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-titled action. My business address is **601 South Figueroa Street, Suite 2500, Los Angeles, California 90017.**

On February 12, 2021, I served the "**JOINT NOTICE OF DEFENDANT 3M COMPANY'S PARTIAL RESOLUTION OF THIS MATTER**" on the counsel listed and by the methods indicated below:

The following CM/ECF participants were served by electronic means through the Court's CM/ECF system on February 12, 2021.

*SEE COURT'S SERVICE LIST*

**SERVED BY UNITED STATES MAIL:**

On February 12, 2021, I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.

> Kenneth B Prindle
> Prindle Goetz Barnes and Reinholtz LLP
> 310 Golden Shore 4th Floor
> Long Beach, CA 90802

I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 12, 2021, at Los Angeles, California.

/s/ *Ermelita P. Gonzalez*
_____
Ermelita P. Gonzalez